UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY DOWLING,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　Defendants. | 2:08-CV-102 JCM (PAL) |

**ORDER**

Presently before the court is Magistrate Judge Leen's report and recommendation, recommending that the complaint be dismissed for (1) failure to comply with the court's order (doc. #11) that plaintiff file an amended complaint, and (2) for failure to keep the court apprised of plaintiff's current address. (Doc. #13). To date, the plaintiff has filed no objections to the report and recommendation, nor has he filed an amended complaint.

This court's August 14, 2009, order dismissed plaintiff's complaint without prejudice, and ordered that he file an amended complaint. (Doc. #11). Thereafter, the order was returned as undeliverable to plaintiff Dowling. (Doc. #12). The magistrate judge then issued the instant report and recommendation, advising plaintiff of his obligation under Local Rule 2-2 to keep the court apprised of his current address.

The report and recommendation was also returned as undeliverable (doc. #14). Under Local Rule 2-2, a failure of the plaintiff to provide the court with written notice of any change in address may result in dismissal of the action with prejudice.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the magistrate judge's report and recommendation (doc. #13) is AFFIRMED in its entirety.

IT IS FURTHER ORDERED that the action is hereby dismissed with prejudice.

DATED January 31, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -